UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on May 11, 2006

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. |
| v. | : | MAGISTRATE NO. 07-0415M-01 (CR) |
| | : | MAGISTRATE NO. 07-0415M-02 (CR) |
| **KEVIN QUATTLEBAUM**, | : | |
| **GIOVANNI ENRICO WILLIAMS,** | : | VIOLATION: 21 U.S.C. §841(a)(1) |
| **Defendants.** | : | and §841(b)(1)(A)(iii) |
| | : | (Unlawful Possession with Intent to Distribute |
| | : | 50 Grams or More of Cocaine Base); |
| | : | 18 U.S.C. §2 |
| | : | (Aiding and Abetting) |

## **I N D I C T M E N T**

The Grand Jury charges that:

### **COUNT ONE**

On or about August 17, 2007, within the District of Columbia, **KEVIN QUATTLEBAUM and GIOVANNI ENRICO WILLIAMS**, did unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance, and the amount of said mixture and substance was 50 grams or more.

> (**Unlawful Possession with Intent to Distribute 50 Grams or More of Cocaine Base and Aiding and Abetting**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(iii) and Title 18, United States Code, Section 2)

A TRUE BILL:


FOREPERSON.


Attorney of the United States in
and for the District of Columbia.