UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 07-191 (RJL) |
| | : | |
| v. | : | |
| | : | |
| SYLVAN D. ABNEY, | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF APPEARANCE

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney Jeffrey Pearlman at telephone number (202) 353-2385 and/or email address Jeffrey.Pearlman@usdoj.gov.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney

_____/s/_____
Jeffrey Pearlman
District of Columbia Bar # 466-901
Assistant United States Attorney
Federal Major Crimes Section
555 4th Street, NW, Room 4231
Washington, DC 20530
(202) 353-2385