UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KEVIN QUATTLEBAUM,<br><br>GIOVANNI ENRICO WILLIAMS,<br><br>Defendants. | Crim. Action Nos. 07-235-01,<br>07-235-02 (CKK) |

## ORDER

By consent, the above-captioned case shall be transferred to Judge John Bates. Trial has been set for November 26, 2007 at 9:00 A.M.

Accordingly, it is this 10th day of October, 2007,

**ORDERED** that the above-captioned case be transferred to Judge John Bates, and the trial date shall be November 26, 2007 at 9:00 A.M.

**FURTHER ORDERED** that the Status Hearing previously scheduled before Judge Colleen Kollar-Kotelly on November 2, 2007 will be held before Judge Bates in Courtroom 8, located on the 4th Floor of the United States District Courthouse for the District of Columbia at a time to be determined by him.

/s/
COLLEEN KOLLAR-KOTELLY
United States District Judge

Copies to:

Judge John Bates,
U.S. Probation Office,
Pretrial Services