CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal Number 07-235 (JDB) |
| | ) | |
| #1: KEVIN QUATTLEBAUM | ) | Category   B |
| #2: GIOVANNI ENRICO WILLIAMS | ) | |

## REASSIGNMENT OF CRIMINAL CASE

The above-entitled case was reassigned on <u>October 11, 2007</u> from <u>Judge Colleen Kollar-Kotelly</u> to <u>Judge John D. Bates</u> by direction of the Calendar Committee.

(Case reassigned by consent)

<u>ELLEN SEGAL HUVELLE</u>
Chair, Calendar and Case
Management Committee

cc:   <u>Judge Bates</u> & Courtroom Deputy
<u>Judge Kollar-Kotelly</u> & Courtroom Deputy
Liaison, Calendar and Case Management Committee
Criminal Case Processing Clerk
U.S. Attorney—Judiciary Square Building, Room 5133
Statistical Clerk