IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **CRIMINAL NO.: 07-235 (CKK)** |
| | : | |
| **KEVIN QUATTLEBAUM,** | : | |
| **GIOVANNI WILLIAMS,** | : | |
| | : | |
| **Defendant.** | : | |

## GOVERNMENT'S NOTICE TO COURT CONCERNING FILING OF PROPOSED ORDER FOR DNA SAMPLES

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully files this notice to the Court concerning the filing of the proposed order for DNA samples.

The Court stated to government counsel on October 10, 2007 to advise the Court of the status of a proposed order as to DNA samples from the defendants before October 12, 2007. The government sent the proposed language out to defense counsel by e-mail on October 11, 2007 in the early afternoon. Although government counsel has spoken with counsel for defendant Quattlebaum, government counsel has not had time to speak with defendant Williams' counsel, and government counsel plans to wait until then before filing the proposed order.

        Respectfully submitted,

        JEFFREY A. TAYLOR
        United States Attorney

By: _____
        Jeff Pearlman
        DC Bar 466901
        Assistant U.S. Attorney
        Federal Major Crimes Section
        555 4th Street, N.W.
        Washington, D.C.  20530
        (202) 353-2385