IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO.: 07-235 (JDB) |
| | : | |
| KEVIN QUATTLEBAUM | : | |
| GIOVANNI WILLIAMS, | : | |
| | : | |
| Defendant. | : | |

**GOVERNMENT'S NOTICE TO COURT CONCERNING SENSITIVE DISCOVERY MATERIALS**

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully files this notice to the Court concerning sensitive discovery materials.

The government is in possession of materials provided by the Internal Revenue Service regarding defendant Quattlebaum's tax returns for several filing years. The government intends to hand deliver a copy of these materials to counsel for defendant Quattlebaum prior to the Motions' hearing scheduled for November 9, 2007. Out of an abundance of caution for defendant Quattlebaum's potential privacy rights, the government would propose to submit a copy of these materials to the Court before providing those materials to defendant Williams. The government

would also seek to know from defendant Quattlebaum whether he would object to the production of these materials to defendant Williams.

                                      Respectfully submitted,

                                      JEFFREY A. TAYLOR
                                      United States Attorney

By: _____
       Jeff Pearlman
       DC Bar 466901
       Assistant U.S. Attorney
       Federal Major Crimes Section
       555 4th Street, N.W.
       Washington, D.C. 20530
       (202) 353-2385
       jeffrey.pearlman@usdoj.gov