IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO.: 07-235 (JDB) |
| | : | Trial Date: November 26, 2007 |
| KEVIN QUATTLEBAUM, | : | |
| GIOVANNI WILLIAMS | : | |
| | : | |
| Defendants. | : | |

**GOVERNMENT'S NOTICE CONCERNING EXHIBIT LIST**

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully files this notice of its proposed list of exhibits the government intends to use in its case-in-chief.

1. Map of relevant area
2. Photograph (L Street facing west)
3. Photograph (19th Street facing east)
4. Photograph (Intersection of 19th Street and Lyman)
5. Photograph (Lyman facing west)
6. Photograph (Intersection of Lyman and 17th Street)
7. Photograph (Truck from front)
8. Photograph (Truck from driver side)
9. Photograph (Quattlebaum's feet)
10. Photograph (Tongue of shoe)
11. Photograph (White material)
12. Photograph (Williams' feet)
13. Photograph (Tongue of shoe)
14. Photograph (Kevin Quattlebaum)
15. Photograph (Giovanni Williams)
16. Nike shoes
17. Photograph (Portion of Nike shoe)
18. Narcotics
19. Photograph (Prada bag on back seat)
20. Prada bag
21. Photograph (Prada bag close up with narcotics)
22. Photograph (Narcotics (dusted))
23. Prada Shoes

24. Drug Analysis
25. Cash found on Kevin Quattlebaum
26. Cash found on Giovanni Williams
27. Bode Report
28. Bode Report Table
29. Photograph (Nike shoes in bag)
30. Photograph (Sampling area)
31. Photograph ("scrapings collected from left shoe")
32. Scale
33. Cellular telephone
34. Cellular telephone
35. Cellular telephones found in car
36. DMV Record
37. PD163
38. PD 163 (II)
39. PD251
40. PD252
41. PD 81 (cash)
42. PD 81 (drug storage and scale)
43. PD 81 (shoes)
44. PD 81 (truck)
45. PD 81 (narcotics)
46. Initial crime scene report
47. Second crime scene report
48. PD 81 (mail matter, cellphones)
49. PD 81 (materials taken from Williams)
50. Seizure List
51. Statement of Quattlebaum
52. DEA7
53. Passport Photos/Applications
54. Airline tickets
55. Chain of Custody Notes for Bode

                Respectfully submitted,

                JEFFREY A. TAYLOR
                United States Attorney

By:
                Jeff Pearlman
                DC Bar 466901
                Assistant U.S. Attorney
                Federal Major Crimes Section
                555 4th Street, N.W.
                Washington, D.C.  20530
                (202) 353-2385
                jeffrey.pearlman@usdoj.gov