IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO: 07-235 (JDB) |
| | : | |
| KEVIN QUATTLEBAUM | : | |
| GIOVANNI WILLIAMS, | : | |
| | : | |
| Defendants. | : | |

**GOVERNMENT'S PROPOSED JURY INSTRUCTION**

    The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully proposes the following jury instruction in connection with the trial in the above-captioned matter:

    As I instructed you at the beginning of the case, it is my responsibility to rule of legal questions. In that regard, I already have determined as a matter of law that the stop and search of the defendant in this case was a lawful act by law enforcement officers performing law enforcement duties.

    As authority, the United States refers the Court to United States v. Sanders, 196 F.3d 910, 914 (8th Cir. 1999).

        Respectfully submitted,

        JEFFREY A. TAYLOR
        United States Attorney

By: _____
        Jeff Pearlman
        DC Bar 466901
        Assistant United States Attorney
        Federal Major Crimes Section
        555 4th Street, N.W.
        Washington, D.C.  20530
        (202) 353-2385
        jeffrey.pearlman@usdoj.gov