# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.                                             Criminal Action 07-235

**FILED**

KEVIN QUATTLEBAUM, ET AL

NOV 3 0 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**Defendant**

## Jury Note

May we see the money from the two defendants?

_____                                 _____
DATE                                            FOREPERSON

_____
TIME

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.                                              Criminal Action 07-235

KEVIN QUATTLEBAUM, ET AL

**FILED**

NOV 3 0 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Defendant

## Jury Note

We have a question for the judge. Can the judge further define and explain "actual posession"? Does actual posession mean the person is holding something, in physical contact with it, or on his person? Can you give us a layman's definition of "actual posession"?

Can you give us a layman's definition of "constructive posession?"

11/30/07
DATE

11:27 Am
TIME

FOREPERSON