UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KEVIN QUATTLEBAUM<br>and<br>GIOVANNI ENRICO WILLIAMS,<br><br>Defendants. | Criminal Action No. 07-235 (JDB)<br><br>**FILED**<br>NOV 3 0 2007<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

### RESPONSE TO JURY NOTE

Your note asks the following questions: "Can the judge further define and explain actual possession? Does actual possession mean the person is holding something, in physical contact with it, or on his person? Can you give us a layman's definition of 'actual possession'? Can you give us a layman's definition of 'constructive possession'?"

I direct you to Instruction 3.08 on page 29 of the jury instructions defining possession, and which provides definitions of actual and constructive possession. That instruction should guide your deliberations, along with all the other instructions you have received. I also remind you that you may continue to inquire regarding the meaning of the instructions if you have additional specific questions.

Nov. 30, 2007

/s/ John Bates
JOHN D. BATES
United States District Judge

-1-