UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.                                          Criminal Action 07-235

KEVIN QUATTLEBAUM, ET AL

**FILED**

DEC 3 2007

Defendant

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## Jury Note

We have reached a verdict on Giovanni Williams, but not yet on Kevin Quattlebaum. Can we rule on Williams now and then continue to deliberate?

12/3/07
DATE                                        FOREPERSON

10:42 am
TIME