UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KEVIN QUATTLEBAUM<br>and<br>GIOVANNI ENRICO WILLIAMS,<br><br>Defendants. | Criminal Action No. 07-235 (JDB) |

FILED
DEC 3 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### RESPONSE TO JURY NOTE

Your note asks the following question: "We have reached a verdict on Giovanni Williams, but not yet on Kevin Quattlebaum. Can we rule on Williams now and then continue to deliberate?"

Yes. I will receive a verdict on Mr. Williams in a few minutes. You should complete the verdict form only with respect to Mr. Williams.

/s/ JOHN D. BATES
JOHN D. BATES
United States District Judge

Dated: December 3, 2007

-1-