UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

KEVIN QUATTLEBAUM
and
GIOVANNI ENRICO WILLIAMS,

Defendant.

Criminal Action No. 07-235 (JDB)

FILED
DEC 3 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

VERDICT FORM

Count One

With respect to the offense of unlawful possession with intent to distribute a mixture or substance containing a detectable amount of cocaine base, also known as crack, where the amount of the mixture or substance was 50 grams or more,

we the jury find the defendant Kevin Quattlebaum

_____ Guilty                    _____ Not Guilty

we the jury find the defendant Giovanni Enrico Williams

_____ Guilty                    \_\_\_✓_____ Not Guilty

\_\_12/3/07\_\_
DATE

_____
FOREPERSON