AO 245A (AO Rev. 12/03 - DC Rev. 12/05) Judgment of Acquittal

# UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

**FILED**

JUL 2 1 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

V.

GIOVANNI E. WILLIAMS

**JUDGMENT OF ACQUITTAL**

CASE NUMBER: 07-235-2 (JDB)

      The Defendant was found not guilty.  IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

_____
Signature of Judge

JOHN D. BATES        U.S. District Court
Name of Judge        Title of Judge

July 21, 2008
Date